**E-FILING**

AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
Northern District of California

RICHARD V. CAMPAGNA, an individual
ZONIA PEREAUD, an individual and
MARIA I. NARANJO, an individual,
on behalf of themselves those similarly situated
and on behalf of the general public,
        Plaintiff
                v.
Language Line Services, Inc.
        Defendant

)
)
)  Civil Action No. **C 08 02488 JW**
)
)  **ADR**
)  **FILED BY FAX**

## Summons in a Civil Action

To: Language Line Services, Inc.
         *(Defendant's name)*

A lawsuit has been filed against you

Within ___ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

David R. Markham, Clark & Markham LLP
600 B Street, Suite 2130 San Diego, CA 92101
Tel: (619) 239-1321; Fax: (619) 239-5888
dmarkham@clarkmarkham.com

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                         Richard W. Wieking
                                         Name of clerk of court
                                         Tiffany Salinas-Harwell

Date: **MAY 1 5 2008**
                                         Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

FILED BY FAX

05/15/2008 14:27 FAX 408 293 9056  Knox Services_KSJ  ☒002/017
Case 5:08-cv-02488-JW   Document 2   Filed 05/15/2008   Page 2 of 2

AO 440 (Rev 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

    (1) personally delivering a copy of each to the individual at this place, _____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
       who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
      _____; or

    (4) returning the summons unexecuted to the court clerk on _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address