31185.30449

DENNIS G. MCCARTHY (Bar No. 118178)
FENTON & KELLER
A Professional Corporation
2801 Monterey-Salinas Highway
Post Office Box 791
Monterey, CA 93942
Telephone: 831-373-1241
Facsimile: 831-373-7219

Attorneys for Defendant
Language Line Services, Inc., etc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICHARD V. CAMPAGNA, an individual, ZONIA FEREAUD, an individual, and MARTA L. NARANJA, an individual, on behalf of themselves, those similarly situated and on behalf of the general public,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LANGUAGE LINE SERVICES, INC., a Delaware corporation with its principal place of business in the State of California,<br><br>　　　　　Defendant. | CASE NO. C08-02488 JW RS<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>Date of Filing: May 15, 2008<br>Trial Date: None Set |

Pursuant to Civil L.R.3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: June 9, 2008                         FENTON & KELLER


                                            By: _____/s/_____
                                                Dennis G. McCarthy
                                                Attorneys for Defendant
                                                LANGUAGE LINE SERVICES, INC.

H:\documents\jm.0bfay4c.doc

FENTON & KELLER
ATTORNEYS AT LAW
MONTEREY

**CERTIFICATION OF INTERESTED ENTITIES OR PARTIES**