UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| RICHARD V. CAMPAGNA, an individual, ZONIA FEREAUD, an individual, and MARTA L. NARANJO, an individual, On behalf of themselves, those similarly situated and on behalf of the general public, Plaintiff, vs. LANGUAGE LINE SERVICES, INC., a Delaware corporation with its principal place of business in the State of California, Defendants. | **CASE NO.: C08-02488 EJD (PSG)** **[PROPOSED] ORDER GRANTING STIPULATION RE SUPPLEMENTAL BRIEFING SCHEDULE ON LANGUAGE LINE'S RENEWED MOTION TO DISMISS RE RECENT DECISION OF THE CALIFORNIA SUPREME COURT IN *SULLIVAN V. ORACLE CORPORATION*** |

# [~~PROPOSED~~] ORDER

After review of all papers and pleadings filed by the parties herein, and good cause appearing therefore, IT IS HEREBY ORDERED:

1. Defendant Language Line's motion to dismiss for lack of jurisdiction is deemed re-filed, effective July 12, 2011.

2. On August 5, 2011, not later than 4:00 p.m., the Parties shall serve simultaneous supplemental briefing of not more than 10 pages in length, limited to a discussion of the California Supreme Court's decision in *Sullivan v. Oracle Corp.* and its application to Language Line's motion to dismiss, if any.

3. Upon receipt of the supplemental papers, the motion shall be deemed submitted based on the papers previously submitted in support of and in opposition to Language Line's motion.

4. The Court sets Language Line's motion for oral argument on ____September 2____, 2011 at  9:00 AM

DATED: ____July 14____, 2011



HONORABLE EDWARD J. DAVILA
United States District Court, Northern District Judge

CASE NO.:  C08-02488 EJD RSx                2         [PROPOSED] ORDER GRANTING STIPULATION RE SUPPLEMENTAL BRIEFING SCHEDULE ON LANGUAGE LINE'S RENEWED MOTION TO DISMISS RE RECENT DECISION OF THE CALIFORNIA SUPREME COURT IN *SULLIVAN V. ORACLE CORP*.