IT IS SO ORDERED
AS MODIFIED

*Judge Edward J. Davila*

8/9/2011

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| RICHARD V. CAMPAGNA, an individual, ZONIA FEREAUD, an individual, and MARTA L. NARANJO, an individual, On behalf of themselves, those similarly situated and on behalf of the general public,<br><br>Plaintiff,<br><br>vs.<br><br>LANGUAGE LINE SERVICVES, INC., a Delaware corporation with its principal place of business in the State of California,<br><br>Defendants.<br>_____ | **CASE NO.: C08-02488 EJD RSx**<br><br>[~~PROPOSED~~] **ORDER GRANTING STIPULATION TO CONTINUE DATES FOR SUPPLEMENTAL BRIEFING ON DEFENDANT LANGUAGE LINE'S RENEWED MOTION TO DISMISS RE RECENT DECISION OF THE CALIFORNIA SUPREME COURT IN *SULLIVAN V. ORACLE CORPORATION* AND HEARING THEREON PENDING MEDIATION** |

# [~~PROPOSED~~] ORDER

After review of all papers and pleadings filed by the parties herein, and good cause appearing therefore, IT IS HEREBY ORDERED:

1. The date for submission of briefing on the issues raised in *Sullivan v. Oracle* is continued for 90 days. The parties shall file simultaneous briefing, of not more than ten (10) pages, limited to the application, if any, of the decision in *Sullivan v. Oracle*. Such briefing shall be filed not later than 4 p.m.

2. Upon receipt of the supplemental briefing, the matter shall be deemed submitted.

3. The September 2, 2011 hearing on Language Line's motion to dismiss is hereby vacated. The hearing shall take place on **December 2, 2011 at 9:00 AM.**

4. The parties will file a stipulation of settlement in the event the matter is resolved at mediation, requesting the court to set a hearing date on a motion for approval of class settlement.

5. The Court sets a Case Management Conference on **December 2, 2011 at 10:00 AM.**

6. The parties shall file a joint case management conference statement on or before **November 23, 2011.**

Dated: August 9, 2011

_____
Edward J. Davila
United States District Judge