**CLARK & MARKHAM LLP**
David R. Markham (State Bar No. 071814)
600 "B" Street, Suite 2130
San Diego, CA 92101
Telephone: (619) 239-1321
Facsimile: (619) 239-5888

**HESS-VERDON & ASSOCIATES, a PLC**
Barron Edward Ramos (State Bar No. 179620)
620 Newport Center Drive, # 1030
Newport Beach, CA 92660
Telephone: (949) 706-7300
Facsimile: (949) 706-7373

Attorneys for plaintiffs and the Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD V. CAMPAGNA, an individual, ZONIA FEREAUD, an individual, and MARTA L. NARANJO, an individual, on behalf of themselves, those similarly situated and on behalf of the general public,<br><br>Plaintiff,<br><br>v.<br><br>LANGUAGE LINE, a Delaware corporation.<br><br>Defendants. | CASE NO. **5:08-cv-02488-EJD**<br><br>**CLASS ACTION**<br><br>STIPULATION AND [~~PROPOSED~~] ORDER MOVING CASE MANAGEMENT CONFERENCE<br><br>Judge Edward J. Davila<br>Courtroom 3, 5th Floor<br>280 South First Street Rm # 2112<br>San Jose, CA 95113 |

WHEREAS there is a Case Management Conference currently scheduled for May 4, 2012 at 10:00 a.m. in this Court;

1

WHEREAS plaintiffs' counsel wishes to move the CMC to June 1, 2012 due to numerous calendar conflicts that preclude attendance and appearance by telephone,

WHEREAS, defendant's counsel does not object to moving the CMC to June 1, 2012,

NOW THEREFORE, the CMC in this matter is continued to June 1, 2012.

The parties shall file a joint case management conference statement on or before May 25, 2012

Dated: March 26, 2012      HESS-VERDON & ASSOCIATES, a PLC

_____/s/_____
Barron Edward Ramos

David R. Markham
CLARK & MARKHAM, LLP

Attorneys for Plaintiffs

Dated: March 26, 2012      JACKSON LEWIS, LLP

_____/s/_____
Joel P. Kelly

IT IS SO ORDERED:    March 28, 2012

Hon. Edward J. Davila