1  **CLARK & MARKHAM LLP**
   David R. Markham (State Bar No. 071814)
2  600 "B" Street, Suite 2130
   San Diego, CA 92101
3  Telephone: (619) 239-1321
   Facsimile: (619) 239-5888
4
   **HESS-VERDON & ASSOCIATES, a PLC**
5  Barron Edward Ramos (State Bar No. 179620)
   620 Newport Center Drive, # 1030
6  Newport Beach, CA 92660
   Telephone: (949) 706-7300
7  Facsimile: (949) 706-7373

8  Attorneys for plaintiffs and the Class

9

10                    UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12

13 RICHARD V. CAMPAGNA, an individual,     ) CASE NO. **5:08-cv-02488-EJD**
   ZONIA FEREAUD, an individual, and       )
14 MARTA L. NARANJO, an individual,        ) **CLASS ACTION**
   on behalf of themselves, those similarly situated )
15 and on behalf of the general public,    ) STIPULATION AND [~~PROPOSED~~] ORDER
                                           ) MOVING CASE MANAGEMENT
16            Plaintiff,                   ) CONFERENCE
                                           )
17     v.                                  )
                                           )
18 LANGUAGE LINE, a Delaware corporation.  )
                                           ) Judge Edward J. Davila
19            Defendants.                  ) Courtroom 3, 5th Floor
                                           ) 280 South First Street Rm # 2112
20                                         ) San Jose, CA 95113
                                           )
21 _____ )

22

23

24

25

26

27     WHEREAS there is a Case Management Conference currently scheduled for May 4, 2012
28 at 10:00 a.m. in this Court;

                                         1

1  WHEREAS plaintiffs' counsel wishes to move the CMC to June 1, 2012 due to numerous calendar conflicts that preclude attendance and appearance by telephone,

WHEREAS, defendant's counsel does not object to moving the CMC to June 1, 2012,

NOW THEREFORE, the CMC in this matter is continued to June 1, 2012.

The parties shall file a joint case management conference statement on or before May 25, 2012

Dated: March 26, 2012            HESS-VERDON & ASSOCIATES, a PLC

_____/s/_____
Barron Edward Ramos

David R. Markham
CLARK & MARKHAM, LLP

Attorneys for Plaintiffs

Dated: March 26, 2012            JACKSON LEWIS, LLP

_____/s/_____
Joel P. Kelly

IT IS SO ORDERED:   March 28, 2012    [signature]
Hon. Edward J. Davila